IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. _____ |

## Certificate Under Rule LCvR 7.1

I, the undersigned, counsel of record for EduCap Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of EduCap Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: November 20, 2007

_____
Kenneth W. Gideon (D.C. Bar No. 379488)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for EduCap*