IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
EDUCAP, INC.,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    NO. 1:07-cv-02106 RMC
                                 )
INTERNAL REVENUE SERVICE         )
1111 Constitution Avenue, N.W.   )
Washington, DC 20224,            )
                                 )
        Defendant.               )
```

### THE INTERNAL REVENUE SERVICE'S MOTION
### FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE PLEAD

Defendant Internal Revenue Service, through undersigned counsel, moves the Court for additional time in which to serve and file an answer or other pleading responsive to the complaint. Defendant's current deadline is December 27, 2007. Specifically, defendant requests an additional 45 days in which to serve and file its answer or other responsive pleading. The grounds for the motion are set forth in the accompanying memorandum of points and authorities, and a proposed order granting the requested relief is attached.

On December 19, 2007, and on the next day, pursuant to L. Civ. R. 7(m), defendant's counsel consulted with plaintiff's counsel, Kenneth W. Gideon, about this motion. He does not oppose the relief sought.

2939891.1

Oral argument is not requested.

Dated: December 20, 2007

Respectfully submitted,

/s/ Carmen M. Banerjee
CARMEN M. BANERJEE, D.C. Bar No. 497678[1]
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6423

Counsel for defendant
INTERNAL REVENUE SERVICE

Of Counsel:
JEFFREY A. TAYLOR
United States Attorney

---

[1] Carmen M. Banerjee is a federal government attorney admitted to the District of Columbia Court of Appeals, the New Jersey Supreme Court, and the United States District Court for the District of New Jersey. She is not a member of the United District Court for the District of Columbia. Ms. Banerjee includes her D.C. Bar number, however, in order to comply with L. Civ. R. 5.1(e), and notes that she files the instant motion and memorandum as an attorney employed by the United States pursuant to L. Civ. R. 83.2(d).

2939891.1