IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:07-cv-02106 RMC |
| INTERNAL REVENUE SERVICE<br>1111 Constitution Avenue, N.W.<br>Washington, DC 20224, | ) ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF THE INTERNAL REVENUE SERVICE'S
MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

This is an action under the Freedom of Information Act, 5 U.S.C. § 552 and 26 U.S.C. § 7602(c).

STATEMENT & DISCUSSION

1. <u>Introduction and Deadlines</u>. The United States Attorney was served with the complaint on November 27, 2007. The summons served in the instant action states that the answer must be served no later than 30 days from the date of service. The Internal Revenue Service is required to serve its answer or other responsive pleading by December 27, 2007. The 30 day period in this case has nearly run.

2. <u>Other Relevant Facts</u>. Defendant is unable to respond to the complaint by December 27, 2007 because: (1) defendant needs additional time to investigate the facts relevant to the allegations made in the complaint, and (2) defendant's counsel needs time to conduct any additional investigation and meet with the defendant to discuss its defense. On December 18, 2007, defendant's counsel left a voice mail message for plaintiff's

counsel to discuss the need to extend defendant's time to answer. On December 19, 2007 and the next day, counsel for the parties consulted via e-mail about this motion. At that time, Kenneth W. Gideon, counsel for plaintiff, consented to extend defendant's time to file and serve an answer or other pleading responsive to the complaint until February 11, 2007 (the last day is Sunday, and thus excluded from the computation of time). Attached as Exhibit 1 is a letter from defendant's counsel to plaintiff's counsel confirming the consent.

    3. <u>Relief requested</u>. Pursuant to Fed. R. Civ. P. 6(b), 12(a), the defendant moves the court for an extension of time. The defendant believes that an extension of time of 45 days would be sufficient time to file and serve an answer or other pleading responsive to the complaint.

    4. <u>The Court has discretion to grant this motion</u>. This Court has the discretion to grant the defendant's motion to extend the time in which to file a pleading responsive to the complaint. *See e.g., Johnson v. Secretary, Health and Human Svcs.*, 587 F. Supp. 1117 (D.D.C. 1984)(denying a motion by the federal government to extend the time within which to file a pleading responsive to the complaint). *See also, Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988)(where the court stated that motions for additional time within which to serve process made before the regulatory deadline has lapsed "will be more liberally granted than those made after the expiration."). In *Johnson*, the court found that: (1) the defendant, who had 60

2939694.2

days to file its answer, sought to unnecessarily delay the proceedings to determine plaintiff's disability benefits, and (2) the individual plaintiff was being harmed by the delay because his very subsistence was at issue. Thus, the Court denied defendant's motion to extend the time to answer the complaint.

The facts in the instant action are distinguishable from *Johnson*. The relief the defendant seeks: (1) will not unnecessarily or unreasonably delay the instant action; and (2) plaintiff, an entity, would not be harmed by the extension of time. Moreover, as of the date of the filing of this motion, the 30-day period has not lapsed. As the *Motzinger* court noted, this Court may be more liberal in granting the defendant's motion given that the current 30-day period has not expired.

5. <u>Compliance with Local Rule 7(m)</u>. Pursuant to L. Civ. R. 7(m), on December 19, 2007 and on the following day, counsel for the parties consulted about this motion at which time plaintiff's counsel agreed to the extension of time. (*See*, ¶2, *supra*, Ex. 1.)

6. <u>Summary</u>. The Court should exercise its discretion to grant the requested extension of time in the interest of justice.

//

//

//

2939694.2

CONCLUSION

It is the position of the defendant that the motion for extension of time to file an answer or other responsive pleading ought to be granted.

Dated: December 20, 2007.

                          Respectfully submitted,

                          /s/ Carmen M. Banerjee
                          CARMEN M. BANERJEE, D.C. Bar No. 497678
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          P.O. Box 227
                          Washington, D.C. 20044
                          Telephone: (202) 307-6423

                          Counsel for defendant
                          INTERNAL REVENUE SERVICE

Of Counsel:
JEFFREY A. TAYLOR
United States Attorney

2939694.2

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE INTERNAL REVENUE SERVICE'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND, and its accompanying MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND, and proposed Order, were caused to be served upon plaintiff's counsel on the 20 day of December, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

Kenneth W. Gideon
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005


/s/ Carmen M. Banerjee
CARMEN M. BANERJEE

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              1878
RECIPIENT ADDRESS     912026619140
DESTINATION ID
ST. TIME              12/20 16:07
TIME USE              00'25
PAGES SENT            2
RESULT                OK
```

# United States Department of Justice

Tax Division
*Civil Trial Section, Eastern Region*
*P.O. Box 227 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-6866*

**TO:**　　　　　　　　　　　　Kenneth W. Gideon

**FAX NUMBER:**　　　　　　　　202.661.9140

**SUBJECT:**　　　　　　　　　EduCap, Inc. v. Internal Revenue Serice

**DATE SENT:**　　　　　　　　December 20, 2007

**PAGES: (Including this cover sheet)**　2

**FAX FROM:**　　　　　　　　　Carmen M. Banerjee
　　　　　　　　　　　　　　　Tax Division, Dept. of Justice

COMMENTS:

# United States Department of Justice

Tax Division
*Civil Trial Section, Eastern Region*
*P.O. Box 227 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-6866*

| | |
|---|---|
| **TO:** | Kenneth W. Gideon |
| **FAX NUMBER:** | 202.661.9140 |
| **SUBJECT:** | EduCap, Inc. v. Internal Revenue Serice |
| **DATE SENT:** | December 20, 2007 |
| **PAGES: (Including this cover sheet)** | 2 |
| **FAX FROM:** | Carmen M. Banerjee<br>Tax Division, Dept. of Justice |

COMMENTS:

**WARNING:** The information contained in this facsimile is confidential and may be subject to disclosure limitations under Rule 6(e) of the Federal Rules of Criminal Procedure and Section 6103 of the Internal Revenue Code. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender identified above by telephone.



**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

---

RTM:DAH:Carmen M. Banerjee
5-16-4248
CMN 2008100556

*Post Office Box 227*
*Washington, DC 20044*

Telephone: (202) 307-6423
Telecopier: (202) 514-6866

December 20, 2007

**Via Facsimile Only**
Kenneth W. Gideon
Skadden, Arps, slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Re: <u>EduCap, Inc. v. Internal Revenue Service</u>, No. 1:07-cv-2106 RMC

Dear Mr. Gideon:

    This confirms our e-mail exchanges of yesterday and today. Currently, the Internal Revenue Service's deadline within which to serve its answer or other responsive pleading to the complaint is December 27, 2007. You have consented to extend that deadline to February 11, 2008, and in exchange, I have agreed to meet with you in late January 2008. This week, I intend to file a motion to extend the time within which to respond.

                                                 Sincerely yours,

                                                 CARMEN M. BANERJEE
                                                 Trial Attorney
                                                 Civil Trial Section, Eastern Region

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE <br> 1111 Constitution Avenue, N.W. <br> Washington, DC 20224, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) NO. 1:07-cv-02106 RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING THE INTERNAL REVENUE SERVICE'S MOTION FOR ADDITIONAL TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

Upon consideration of defendant's motion for additional time in which to answer or otherwise plead, the reasons therefor, and plaintiff's lack of opposition thereto, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED, ADJUDGED, and DECREED that defendant has up to and including February 11, 2007, in which to serve its answer or other responsive pleading.

Dated this _____ day of December 2007.


_____
ROSEMARY M. COLLYER
United States District Judge

**APPENDIX TO PROPOSED ORDER PURSUANT TO L. Civ. R. 7(k).**

The following attorney is entitled to be notified of the entry of the order in the matter entitled *EDUCAP, INC. v. INTERNAL REVENUE SERVICE,* Case No. 1:07-cv-02106:

Kenneth W. Gideon
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005

kgideon@skadden.com
