IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP INC., ) | |
| ) | |
| Plaintiff, ) | APPEARANCE |
| ) | |
| v. ) | Case: 1:07-cv-02106 |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Bryon A. Christensen as counsel in this case for Plaintiff, EduCap Inc.

Dated: January 23, 2008

Bryon A. Christensen (D.C. Bar No. 479148)
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for EduCap*

## Certificate of Service

I, Bryon A. Christensen, hereby certify that on January 23, 2008, the foregoing Appearance was served via certified mail to the following:

>  Carmen M. Banerjee
>  Trial Attorney, Tax Division
>  U.S. Department of Justice
>  P.O. Box 227
>  Washington, DC 20044

*/s/ Bryon A. Christensen*
Bryon A. Christensen

Dated: January 23, 2008