IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendant. ) <br> ) | APPEARANCE <br><br> Case: 1:07-cv-02106 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of John P. Marston as counsel in this case for Plaintiff, EduCap Inc.

Dated: January 23, 2008

_____
John P. Marston (D.C. Bar No. 493012)
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for EduCap*

## Certificate of Service

I, John P. Marston, hereby certify that on January 23, 2008, the foregoing Appearance was served via certified mail to the following:

> Carmen M. Banerjee
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 227
> Washington, DC 20044

*[signature]*
John P. Marston

Dated: January 23, 2008