IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. )<br>) | Case: 1:07-cv-02106 |

## JOINT PROPOSED DISOPOSITIVE MOTIONS BRIEFING SCHEDULE

The Court instructed the parties to submit a joint proposed dispositive motion briefing schedule by no later than March 4, 2008 via its minute entry order dated February 12, 2008. On March 3, 2008, counsel for EduCap Inc. ("EduCap") and counsel for the Internal Revenue Service conferred about the briefing schedule. The parties submit this schedule, and an agreed proposed dispositive motion briefing scheduling order, for the Court's consideration.

    1.    The Internal Revenue Service shall file any dispositive motions on or before May 30, 2008.

2. EduCap's oppositions to any dispositive motions, including any cross-motions for summary judgment by EduCap, or a motion to open discovery, must be filed no later than 60 calendar days after any and all dispositive motions have been filed.

3. In the event EduCap files a motion to open discovery, then EduCap's oppositions to any dispositive motions, including any cross motions, shall be filed no later than 30 days after the close of any discovery allowed under such motion or 30 days after such motion is denied.

4. The Internal Revenue Service's reply or opposition to any cross-motions for summary judgment and/or a motion to open discovery, must be filed no later than 45 calendar days after the filing date of EduCap's oppositions or cross-motions.

5. EduCap's reply to the Internal Revenue Service's opposition to any cross -motion for summary judgment and/or a motion to open discovery, must be filed no later than 30 calendar days after the filing date of the Internal Revenue Service's opposition to any cross-motion for summary judgment.

6. No further briefing on dispositive motions will be permitted without specific leave of Court.

The parties have submitted with this schedule a proposed order that reflects the parties' agreement as set forth above, and are prepared to discuss any of these topics with the Court if necessary.

Respectfully submitted,

Dated: March 4, 2008

/s/ Bryon A. Christensen
Bryon A. Christensen (D.C. Bar No. 479148)
Kenneth W. Gideon (D.C. Bar No. 379448)
John P. Marston (D.C. Bar No. 493012)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for EduCap*

/s/ Carmen M. Banerjee
Carmen M. Banerjee
D.C. Bar No. 4976678
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 307-6423

*Counsel for Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCAP INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. )<br>) | PROPOSED ORDER<br><br>Case: 1:07-cv-02106 |

## SCHEDULING ORDER

Having considered the Joint Report on the Parties' Scheduling Conference submitted on March 4, 2008, and consistent with the joint recommendations and agreement of the parties' contained therein, it is hereby ORDERD that:

1. The Internal Revenue Service shall file any dispositive motions on or before May 30, 2008.

2. EduCap's oppositions to any dispositive motions, including any cross-motions for summary judgment by EduCap, or a motion to open discovery, must be filed no later than 60 calendar days after any and all dispositive motions have been filed.

3. In the event EduCap files a motion to open discovery, then EduCap's oppositions to any dispositive motions, including any cross motions, shall be filed no later than 30 days after the close of

    any discovery allowed under such motion or 30 days after such motion is denied.

4. The Internal Revenue Service's reply or opposition to any cross-motions for summary judgment and/or a motion to open discovery, must be filed no later than 45 calendar days after the filing date of EduCap's oppositions or cross-motions.

5. EduCap's reply to the Internal Revenue Service's opposition to any cross-motion for summary judgment and/or a motion to open discovery, must be filed no later than 30 calendar days after the filing date of the Internal Revenue Service's opposition to any cross-motion for summary judgment.

6. No further briefing on dispositive motions will be permitted without specific leave of Court.

Dated: _____

                _____
                ROSEMARY M. COLLYER
                DISTRICT COURT JUDGE