UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDUCAP, INC.,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **INTERNAL REVENUE SERVICE,** ) <br> ) <br>     **Defendant.** ) <br> ) | Civil Action No. 07-2106 (RMC) |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Proposed Dispositive Motions Briefing Schedule [Dkt. # 8], and after a teleconference held on March 13, 2008, it is hereby **ORDERED** that:

1. Dispositive motions shall be filed no later than May 15, 2008; oppositions shall be filed no later than June 30, 2008; and replies shall be filed no later than July 30, 2008. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

2. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.

3. A further teleconference is scheduled for 9:00 a.m. on May 29, 2008.

4. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: March 13, 2008                              /s/
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge